1
2
3
4
5         **IN THE UNITED STATES DISTRICT COURT**
6         **FOR THE EASTERN DISTRICT OF CALIFORNIA**
7

| | |
|---|---|
| DEBORAH SAAD, | CASE NO. CV-F-07-0398 LJO DLB |
| Plaintiff, | **SCHEDULING CONFERENCE ORDER** |
| vs. | |
| STEWART TITLE et al., | Expert Disclosure: July 31, 2008 |
| Defendants. | Supplemental Expert Disclosure: August 12, 2008 |
| | Nonexpert Discovery Cutoff: July 31, 2008 |
| | Expert Discovery Cutoff: October 10, 2008 |
| | Pretrial Motion Filing Deadline: October 31, 2008 |
| | Pretrial Motion Hearing Deadline: December 4, 2008 |
| | Settlement Conf.: none |
| | Pretrial Conf.: Date: Dec. 11, 2008 Time: 8:30 a.m. Dept.: 4 (LJO) |
| | Jury Trial: (5 days est.) Date: Feb. 2, 2009 Time: 8:30 a.m. Dept.: 4 (LJO) |

This Court conducted an August 1, 2007 scheduling conference. Plaintiff Deborah Saad appeared by telephone by counsel Megan Ross-Hutchins. Defendant Stewart Title appeared by counsel by telephone Arlene Prater. Pursuant to F.R.Civ.P. 16(b), this Court sets a schedule for this action.

1

1. **Consent To Magistrate Judge**

The parties do not consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge.

2. **Expert Witnesses**

Initial expert witness disclosures by any party shall be served no later than **July 31, 2008.** Supplemental expert witness disclosures by any party shall be served no later than **August 12, 2008.** Such disclosures must be made pursuant to F.R.Civ.P. 26(a)(2)(A) and (B) and shall include all information required thereunder. In addition, F.R.Civ.P. 26(b)(4) and F.R.Civ.P. 26(e) shall specifically apply to all discovery relating to expert witnesses and their opinions. Each expert witness must be fully prepared to be examined on all subjects and opinions included in the designations. Failure to comply with these requirements will result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness. In particular, this Court will enforce preclusion of testimony or other evidence for failure to strictly comply with F.R.Civ.P. 26(e).

3. **Discovery Cutoffs**

All nonexpert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **July 31, 2008.** All expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **October 10, 2008.**

4. **Pretrial Motion Schedule**

All pretrial motions, both dispositive and nondispositive (except discovery motions addressed above), shall be served <u>and filed</u> no later than **October 31, 2008.** All pretrial dispositive and nondispositive motions (except discovery motions addressed above) shall be set before the appropriate judge for a hearing to be conducted no later than **December 4, 2008.**

At the pretrial conference, the Court will set filing and hearing dates for motions in limine.

5. **Mandatory Settlement Conference**

Should the parties desire a settlement conference in the future, the parties may jointly contact the Court and a settlement conference will be arranged.

/////

**6.     Pretrial Conference**

A pretrial conference is set for **December 11, 2008 at 8:30 a.m.** in Department 4 (LJO) of this Court. The parties are directed to file a joint pretrial statement which complies with the requirements of this Court's Local Rule 16-281. In addition, the joint pretrial statement should include a brief factual summary and an agreed upon neutral statement of the case. An additional copy of the joint pretrial statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and shall be e-mailed in WordPerfect format to ljoorders@caed.uscourts.gov.

The parties' attention is directed to this Court's Local Rules 16-281 and 16-282. This Court will insist upon strict compliance with those rules.

At the pretrial conference, the Court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents.

**7.     Trial Date**

A 5 day jury trial is set for **February 2, 2009 at 8:30 a.m.** in Department 4 (LJO) of this Court.

**8.     Effect Of This Order**

This order represents the best estimate of the Court and parties as to the agenda most suitable to dispose of this case. If the parties determine at any time that the schedule outlined in this order cannot be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference. Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate, which establish good cause for granting the relief requested.

Failure to comply with this order shall result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated:     August 1, 2007                                /s/ Lawrence J. O'Neill
                                                                     **UNITED STATES DISTRICT JUDGE**