1  MICHAEL L. TRACY, ESQ. (SBN 237779)
   MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
2  LAW OFFICES OF MICHAEL L. TRACY
   2030 Main Street, Suite 1300
3  Irvine, CA 92614
   T: (949) 260-9171
4  F: (866) 365-3051
   mhutchins@michaeltracylaw.com
5
   Attorneys for Plaintiff
6  DEBORAH SAAD

**FILED**

APR 0 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

7

8               UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA -- FRESNO DIVISION

10

11  DEBORAH SAAD, an individual,          ) Case No. 1:07-CV-00398-LJO-DLB
                                          )
12              Plaintiff,                ) Assigned for All Purposes To:
                                          ) Judge: Lawrence J. O'Neil
13      vs.                               ) Ctrm:  4
                                          )
14  STEWART TITLE COMPANY, a Texas        ) **STIPULATION RE DISMISSAL**
    corporation; SCOTT COLLINS, an        )
15  individual; and DOES 1 through 50,    )
    inclusive,                            ) Complaint Filed: March 12, 2007
16                                        ) Trial Date:        None
                Defendants.               )
17  _____)

18

19      IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil

20  Procedure, Rule 41(a)(1) by and between Plaintiff DEBORAH SAAD and all Defendants

21  who have appeared in this action, as follows:

22      1.    This action was commenced on March 12, 2007.

23      2.    The action is not a class action; a receiver has not been appointed and the

24  action is not governed by any statute of the United States that requires an order of the court

25  for dismissal.

26  ///

27  ///

28  ///

_____
                    STIPULATION RE DISMISSAL

1

2     3.     This action is hereby dismissed, in its entirety, with prejudice.

3  DATED: March 13, 2008          LAW OFFICES OF MICHAEL L. TRACY

4

5                    By:

                           MEGAN ROSS HUTCHINS, Attorney for

6                           Plaintiff DEBORAH SAAD

7

8  DATED: March 14, 2008          BEST, BEST & KRIEGER

9

10                  By:

                         ALLISON ALPERT, Attorney for

11                         Defendant STEWART TITLE COMPANY

12

13

14  IT IS SO ORDERED.

15

16  DATED: April 2, 2008

17                      HONORABLE LAWRENCE J. O'NEILL

18                      U.S. DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

-2-
STIPULATION RE DISMISSAL